IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARQUETTE ROSS                                              PLAINTIFF

v.                          No. 2:10-cv-185-DPM

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration                       DEFENDANT

## JUDGMENT

The Commissioner's decision is affirmed. Ross's complaint is dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 February 2012